## ARTICLE 24  EQUITY, PROFIT-SHARING, AND WAGE & BENEFIT SNAPBACKS

A.  **EQUITY PARTICIPATION**  Flight Attendants will be entitled to equity in the Company (the "Equity Participation") as described herein:

1. The value of the Equity Participation is $16.0 million.

2. The Equity Participation value will be converted to first dollar equity in the Company at a ratio of the greater of $0.18 per dollar of new equity invested in the Company, or any higher rate offered to any other key stakeholder in the restructuring process.

3. The terms of the Equity Participation by and for the benefit of the Participating Flight Attendants will be equal to the terms obtained by a third party investor in an Equity Event or, if the Equity Event is a public offering of securities in the Company, the form of securities offered in the public offering.

4. Other minority investor rights by and for the benefit of the Participating Flight Attendants will be negotiated, including tagalong rights and customary dragalong rights.

5. Vesting: The Equity Participation will vest in proportion to the actual Investments as set forth in the letter dated October 11, 2011 between the Company and the Union entitled "Flight Attendant Restructuring Investments". To the extent the Investments as set forth in the referenced letter cease or are not made, the value of the Equity Participation in Paragraph A.1.a above will be reduced by the net present value discount rate of 15%

B.  **PROFIT SHARING PROGRAM.**  The Company has established a Profit Sharing Plan (the "PSP") for employees participating in the Company's restructuring efforts. According to the terms of the PSP, the Company will make contributions as follows:

1. For pre-tax earnings greater than 2%, but less that 4% of total Company revenue, 50% will be contributed to the PSP.

2. For pre-tax earnings greater than 4%, but less than 6% of total Company revenue, 25% will be contributed to the PSP.

3. For pre-tax earnings greater than 6% of total Company revenue, 10% will be contributed to the PSP.

4. 50% of contributions to the PSP will be allocated to the Frontier

Page 121 of 123

pilots and the remaining 50% will be allocated to the other participating Frontier employee groups in proportion to their contribution. The proportional share of the Flight Attendant group is 18% of the 50% share of the non-pilot groups.

5. The Company will distribute all profit sharing payments no later than April 30 of each year based on the audited results from the preceding calendar year.

### C. SNAPBACKS

1. The overtime threshold, per diem and holiday pay will be reinstated if the Company is profitable for two consecutive years with pretax profits in excess of 5%, after profit sharing.

2. The Company's matching contribution to the 401K Plan will be reinstated if the Company posts 2 straight years of pre-tax profits in excess of 5%, after profit sharing. The Company retains the right to restore the Company's matching contribution partially or fully in its discretion. Effective with the first paycheck in July 2016, the Company's matching contribution to the 401k Plan will be reinstated.

### D. ADDITIONAL PROVISIONS

Equity Participation as set forth in Paragraph A above and participation in the PSP as set forth in Paragraph B above, will be exclusively for Frontier Flight Attendants on the Frontier Flight Attendant Seniority List as of January 1, 2012. This exclusion includes anyone who changes Class and Craft as outlined in Article 10 Seniority of this Agreement.

Page 122 of 123

**FRONTIER.**

Frontier Airlines, Inc.  
Frontier Center One  
7001 Tower Road  
Denver, CO 80249

P 720.374.4200  
F 720.374.4375

frontierairlines.com

October 11, 2011

Erika Schweitzer  
AFA-CWA  
MEC President  
14209 East Arizona Avenue  
Aurora, CO 80012

Re: *Flight Attendant Restructuring Investments*

Dear Erika:

The following memorializes the agreement between Frontier Airlines, Inc. (the "Company") and AFA-CWA regarding the Flight Attendant Restructuring Investments:

1. Effective January 1, 2012, all Longevity steps, for the purposes of pay rates only, will be frozen for one year (e.g. a Flight Attendant at a Step 6 and scheduled to go to a Step 7 on January 15, 2012, will remain at a Step 6 until January 15, 2013 at which time the Flight Attendant would progress to Step 7. Thereafter the Flight Attendant would continue to move to the next Longevity step on each subsequent January 15th until January 15, 2016, at which time the original suspended step will "snap back" and be included in the Longevity calculation.)

2. Sick accruals will be reduced from ten days per year to 3.87 hours per month, with a sick hour replenishment plan.

3. Vacation credit reduced from a seniority-based credit per day to three hours per day, regardless of seniority.

4. Suspension of the Company's matching contribution to the 401k Plan. The Company's matching contribution to the 401K Plan will be reinstated if the Company posts 2 straight years of pre-tax profits in excess of 5%, after profit sharing. The Company retains the right to restore the Company's matching contribution partially or fully in its discretion. Effective with the first paycheck in July 2016, the Company's matching contribution to the 401k Plan will be reinstated.

5. Overtime threshold increased from 82 to 86 hours.

*A whole different animal.*

**FRONTIER.**

Frontier Airlines, Inc.　　P 720.374.4200　　frontierairlines.com
Frontier Center One　　　F 720.374.4375
7001 Tower Road
Denver, CO 80249

6. Paid Holidays reduced from seven to three, in exchange for two free roundtrip buddy passes (if the Flight Attendant actually works on the four holidays that were reduced).

7. Reduction of per diem from $1.90/hour to $1.85/hour.

8. Reinstatement of Longevity, overtime threshold, per diem and holiday pay if the Company is profitable for two consecutive years with pretax profits in excess of 5%, after profit sharing.

Sincerely,

*Jacalyn Peter*

Jacalyn W. Peter
Sr. Mgr., Labor Relations
Frontier Airlines, Inc.

Agreed to:

*Erika Schweitzer*

Erika Schweitzer
MEC President
AFA-CWA

A whole different animal.