UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

CASE NO.: 4:17-cv-00452-JEG-HCA

## AFFIDAVIT OF SERVICE

CLARK, et al.

    Plaintiff/Petitioner,

vs.

FRONTIER AIRLINES, INC.

    Defendant/Respondent.
_____/

Received by **Absolute Serving** on **03/21/2018** to be served upon:

FRONTIER AIRLINES, INC.

STATE OF IOWA
COUNTY OF POLK   ss.

I, **Julia McMahon**, being duly sworn on oath, and over the age of 18 years, do hereby depose and state that:

On **03/22/2018** at **09:50 AM**, I served the within **SUMMONS IN A CIVIL ACTION; PLAINTIFF;S FIRST AMENDED AND SUBSTITUTED COMPLAINT WITH JURY DEMAND WITH ATTACHMENT** on **FRONTIER AIRLINES, INC.** at **505 5TH AVE, STE 729, Des Moines, IA 50309** in the manner indicated below:

**CORPORATE SERVICE:** I served the same on the above company, corporation, government official, etc, by delivering a copy to the person named and described below at the address shown above. :

NAME: **VICKI REED @ CORPORATION SERVICE COMPANY** TITLE/RELATION: **REGISTERED AGENT**

Fee For Service: $40.00

Sworn to and subscribed before me on this 22nd day of March, 2018 by an affiant who is personally known to me or produced identification.

NOTARY PUBLIC

X _____
Julia McMahon

Independent Contractor for:

Absolute Serving
680 18th Street
Des Moines, IA 50314

Atty File#: **4:17cv00452-JEG-HCA** - Our File# **23539**

SANDRA K ROBERTS
Commission Number 733947
My Commission Expires
4/13/2020