UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

CASE NO.: 4:17-cv-00452-JEG-HCA

### AFFIDAVIT OF SERVICE

**CLARK, et al.**

    Plaintiff/Petitioner,

vs.

**FRONTIER AIRLINES, INC.**

    Defendant/Respondent.

_____/

Received by **Absolute Serving** on **03/23/2018** to be served upon:

**FRONTIER AIRLINES, INC.**

STATE OF IOWA
COUNTY OF POLK   ss.

I, **LAUREN SOMMERS**, being duly sworn on oath, and over the age of 18 years, do hereby depose and state that:

On **03/23/2018** at **03:40 PM**, I served the within **SUMMONS IN A CIVIL ACTION; PLAINTIFF'S FIRST AMENDED AND SUBSTITUTED COMPLAINT WITH JURY DEMAND; ATTACHMENT-DOCUMENT 3- ERRATA TO AMENDED COMPLAINT** on **FRONTIER AIRLINES, INC.** at **505 5TH AVE, STE 729, Des Moines, IA 50309** in the manner indicated below:

**CORPORATE SERVICE:** I served the same on the above company, corporation, government official, etc, by delivering a copy to the person named and described below at the address shown above. :

NAME: **GERRI PETERZALEK @ CORPORATION SERVICE COMPANY** TITLE/RELATION: **REGISTERED AGENT**

Fee For Service: **$60.00**

Sworn to and subscribed before me on this

23rd day of March, 2018

by an affiant who is personally known to me or produced identification.

NOTARY PUBLIC

**JULIA MCMAHON**
Commission Number 741404
My Commission Expires
6-23-18

LAUREN SOMMERS

Independent Contractor for:

Absolute Serving
680 18th Street
Des Moines, IA 50314

Atty File#: **4:17cv00452-JEG-HCA** - Our File# **23550**