IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ADELINE CLARK, et al.,  )  | Case No. 4:17-CV-00452-JEG-HCA |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| v.  ) | **APPEARANCE** |
| ) | |
| FRONTIER AIRLINES, INC.,  ) | |
| ) | |
| Defendants.  ) | |

Matthew C. McDermott of Belin McCormick, P.C. hereby enters his appearance as counsel for Defendant, Frontier Airlines, Inc., in the above-entitled matter.

BELIN McCORMICK, P.C.

By: _/s/ Matthew C. McDermott_
Matthew C. McDermott

666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
Telephone:  (515) 283-4643
Facsimile: (515) 558-0643
E-Mail: mmcdermott@belinmccormick.com

ATTORNEYS FOR DEFENDANTS
FRONTIER AIRLINES, INC.

- 2 -

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon the parties to this action by serving a copy upon each party listed below on April 12, 2018 by

☒   Electronic Filing System      ☐   Other _____

Kellie L. Paschke
Skinner & Paschke, PLLC
204 West Hickman Road
Waukee, IA 50263
kellie@splawiowa.com; beth@splawiowa.com

Jason D. Walke
Walke Law, LLC
204 West Hickman Road
Waukee, IA 50263
jwalke@walkelaw.com; nphifer@walkelaw.com

Signature:   */s/ Lori McKimpson*

F0765\0001\(2934041.1)