IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| ADELINE CLARK, et al., | ) | Case No. 4:17-CV-00452-JEG-HCA |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **DEFENDANT FRONTIER** |
| | ) | **AIRLINES, INC.'S MOTION TO** |
| FRONTIER AIRLINES, INC., | ) | **DISMISS PLAINTIFFS'** |
| | ) | **COMPLAINT** |
| Defendant. | ) | |

Defendant Frontier Airlines, Inc. ("Frontier") moves to dismiss Plaintiffs' First Amended and Substituted Complaint (the "Amended Complaint") (Doc. No. 2) pursuant to Rule 12(b)(1) and/or Rule 12(b)(6) of the Federal Rules of Civil Procedure.  As explained in the accompanying brief, Plaintiffs' claim for breach of collective bargaining agreement (Count I) raises a "minor dispute" under the Railway Labor Act, 45 U.S.C. §§ 151 et seq. (the "RLA"), and should be dismissed for lack of subject-matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.  Plaintiffs' two common-law claims, for promissory estoppel and unjust enrichment, should be dismissed pursuant to Rule 12(b)(1), or alternatively Rule 12(b)(6), because those claims are based on and would require interpretation of the collective bargaining agreement between Frontier and the Association of Flight Attendants-CWA.  As such, the claims are preempted by the RLA.  Finally, even if the Court were to decide that Plaintiffs' claim for unjust enrichment (Count III) is not preempted by the RLA, the claim should still be

dismissed because Plaintiffs have not and cannot plausibly allege that Frontier has been enriched.

BELIN McCORMICK, P.C.

By: _Matthew C. McDermott_
      Matthew C. McDermott

666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
Telephone:  (515) 283-4643
Facsimile: (515) 558-0643
E-Mail: mmcdermott@belinmccormick.com

Chris A. Hollinger (*pro hac vice* pending)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
E-mail: chollinger@omm.com

ATTORNEYS FOR DEFENDANT
FRONTIER AIRLINES, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon the parties to this action by serving a copy upon each party listed below on April 12, 2018 by

☑  Electronic Filing System        ☐   Other _____

Kellie L. Paschke
Skinner & Paschke, PLLC
204 West Hickman Road
Waukee, IA 50263
kellie@splawiowa.com; beth@splawiowa.com

Jason D. Walke
Walke Law, LLC
204 West Hickman Road
Waukee, IA 50263
jwalke@walkelaw.com; nphifer@walkelaw.com

Signature:   */s/ Lori McKimpson* _____

F0765\0001\(2938307.2)