IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ADELINE CLARK, *et. al*, <br><br> Plaintiffs, <br><br> v. <br><br> FRONTIER AIRLINES, INC., <br><br> Defendant. | Case No. 4:17-cv-00452-JEG-HCA |

**DEFENDANT FRONTIER AIRLINES, INC.'S
MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404**

PLEASE TAKE NOTICE that, upon the Memorandum In Support Of Defendant Frontier Airlines, Inc.'s Motion To Transfer Pursuant To 28 U.S.C. § 1404 and the Declaration of Jacalyn W. Peter, Defendant Frontier Airlines, Inc. moves this Court, in the event the Court has not first granted Frontier's motion to dismiss (ECF No. 8), for an Order transferring this case to the United States District Court for the District of Colorado.  Such a transfer would be "[f]or the convenience of the parties and witnesses, [and] in the interest of justice" within the meaning of 28 U.S.C. § 1404(a), because: (i) the District of Colorado is where many of the underlying events took place and where many of the potential witnesses work or live; and (ii) no relevant events took place, and no potential witnesses live, in the Southern District of Iowa.

Dated:  May 2, 2018.

Respectfully submitted,

BELIN McCORMICK, P.C.

By: _Matthew C. McDermott_
    Matthew C. McDermott

666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
Telephone:  (515) 283-4643
Facsimile: (515) 558-0643
E-Mail: mmcdermott@belinmccormick.com

Chris A. Hollinger (*pro hac vice*)
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 984-8700
E-mail: chollinger@omm.com

ATTORNEYS FOR DEFENDANT
FRONTIER AIRLINES, INC.

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon the parties to this action by serving a copy upon each party listed below on May 2, 2018 by

☑ Electronic Filing System ☐ Other _____

Kellie L. Paschke
Skinner & Paschke, PLLC
204 West Hickman Road
Waukee, IA 50263
kellie@splawiowa.com; beth@splawiowa.com

Jason D. Walke
Walke Law, LLC
204 West Hickman Road
Waukee, IA 50263
jwalke@walkelaw.com; nphifer@walkelaw.com

Signature:  */s/ Lori McKimpson*

F0765\0001\ (2977463.1)

2