IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ADELINE CLARK, *et. al*,<br><br>　　　　　　Plaintiffs,<br>v.<br>FRONTIER AIRLINES, INC.,<br>　　　　　　Defendant. | Civil Action No.<br>4:17-cv-00452-JEG-HCA |

### SUPPLEMENTAL DECLARATION OF JACALYN W. PETER IN SUPPORT OF DEFENDANT FRONTIER AIRLINES, INC.'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404

I, Jacalyn W. Peter, submit the following supplemental declaration in support of the motion to transfer filed by Defendant Frontier Airlines, Inc. ("Frontier") in the above-captioned matter.

1.　　I am currently Frontier's Vice President-Labor Relations. With the exception of a five-month period between late 2007 through early 2008, I have been continuously employed by Frontier since December 29, 2005. My employment with Frontier has, at all times, involved the human resources and labor relations functions. I have personal knowledge of the facts set forth below, except as to those matters which are stated upon information and belief or based upon information contained in Frontier's business records. As to the latter matters, I believe them to be true. If called as a witness, I could and would competently testify to the matters set forth below.

1

2. I presided over the hearing on Plaintiffs' grievance(s) in this matter. The hearing took place on or about June 20, 2017. I was in Denver, Colorado, along with Jen Sala and Sherrie Thompson from the Association of Flight Attendants-CWA. Ms. Paschke and Mr. Walke, counsel for the grievants (the Plaintiffs in this lawsuit), participated in the grievance hearing via telephone. The June 30, 2017 grievance denial letter was mailed from Frontier's headquarters in Denver, Colorado in the normal course of business.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on May 23, 2018 in Denver, Colorado.

*/s/ Jacalyn W. Peter*
Jacalyn W. Peter