IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ADELINE CLARK, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>FRONTIER AIRLINES, INC.,<br><br>    Defendant. | 4:17-cv-452-JEG-RAW<br><br><br><br>ORDER FOLLOWING STATUS<br>CONFERENCE WITH COUNSEL |

    Telephonic status conference with counsel was held on June 19, 2018. Ms. Paschke and Mr. Hollinger appeared for their respective clients.

    Counsel disagree concerning whether Frontier's motion to dismiss should, or must, be decided prior to the motion for transfer, Frontier suggesting the transfer motion should be determined and the case transferred as requested, with plaintiffs suggesting the motion to dismiss challenging subject matter jurisdiction must be decided first. The parties shall file a statement of their respective positions on the issue with citation to relevant authority not later than **June 26, 2018**.

    Plaintiff would like to supplement the record with the transcript of the arbitration proceeding. Plaintiff may do so by filing the same not later than **June 26, 2018**. Frontier does not intend to supplement the motion papers.

    The parties agree that with their statements of position on the priority of the pending motions and the arbitration transcript, the pending Motions to Dismiss [8] and to Transfer [13] may be decided on the motion papers as supplemented without oral argument.

The parties shall proceed accordingly.

IT IS SO ORDERED.

Dated this 19th day of June, 2018.

                                            ROSS A. WALTERS
                                            UNITED STATES MAGISTRATE JUDGE