CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon the parties to this action by serving a copy upon each party listed below on June 26, 2018 by

☒ Electronic Filing System    ❑ Other

Matthew C. McDermott
666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
mmcdermott@belinmccormick.com;
lmckimpson@belinmccormick.com

Chris Hollinger
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
chollinger@omm.com; wbenson@omm.com