IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ADELINE CLARK, et al., <br><br>    Plaintiffs, <br><br> vs. <br><br> FRONTIER AIRLINES, INC., <br><br>    Defendant. | No. 4:17-cv-00452–JEG <br><br> O R D E R |

This matter was considered by Hon. Ross A. Walters as permitted by LR 72.1(d) and under authority of 28 U.S.C. § 636(b)(1)(B) for submission of a Report and Recommendation regarding disposition. Magistrate Judge Walters filed a Report and Recommendation on August 1, 2018. No objections to the Report and Recommendation have been filed.

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate.

28 U.S.C. § 636(b)(1). While no objections were made, I have made a de novo review and I accept and adopt the thorough and well-reasoned Report and Recommendation of the Magistrate Judge. Accordingly, Defendant's Motion to Dismiss, ECF No. 8, must be **granted** and the case **dismissed**. Defendant's Motion to Transfer, ECF No. 13, is **denied** as moot.

   **IT IS SO ORDERED.**

   Dated this 20th day of August, 2018.

_____
JAMES E. GRITZNER, Senior Judge
U.S. DISTRICT COURT